JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL JAVIER MARTINEZ, | ) | NO. SACV 14-256-JFW (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| W.L. MONTGOMERY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: August 20, 2015

JOHN F. WALTER
United States District Judge